IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME J. CHAMBERS, | ) | |
| Plaintiff(s), | ) | No. C 05-2765 TEH (PR) |
| v. | ) | ORDER OF DISMISSAL |
| RUTH FLAMENT, et al., | ) | (Doc # 14) |
| Defendant(s). | ) | |

Per order filed on December 21, 2005, the court found that plaintiff's pro se complaint under 42 U.S.C. § 1983 and 28 U.S.C. § 1367 stated a cognizable claim for deliberate indifference to serious medical needs under § 1983 and for violations of state tort law under § 1367, when liberally construed, and ordered the United States Marshal to serve the named defendants at the San Mateo County Jail. A copy of the order was mailed to plaintiff.

On January 3, 2006, the post office returned the court's mail to plaintiff as undeliverable. An annotation on the returned mail indicates that plaintiff is no longer in custody at the San Mateo County Jail and defendants have so confirmed. Because 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk shall terminate/vacate all pending motions and hearing dates as moot (see, e.g., doc # 14) and close the file.

SO ORDERED.

DATED: 03/03/06

THELTON E. HENDERSON
United States District Judge